No. 11–8207. WALTON v. ALSTON ET AL. C. A. 2d Cir. Certiorari denied.

No. 11–8213. ASKINS v. HARTLEY, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–8214. BLANKENSHIP v. ALLEN, JUDGE, COUNTY COURT OF FLORIDA, ESCAMBIA COUNTY. C. A. 11th Cir. Certiorari denied.

No. 11–8216. PULIDO v. CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 11–8219. MERILIEN v. TUTIN. Super. Ct. Fulton County, Ga. Certiorari denied.

No. 11–8221. PAYNE v. EPPS, COMMISSIONER, MISSISSIPPI DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Certiorari denied.

No. 11–8226. DUTKEVITCH v. PA CYBER CHARTER SCHOOL ET AL. C. A. 3d Cir. Certiorari denied.

No. 11–8227. DOWNING v. CLARKE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 11–8228. QUINTANILLA v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 11–8245. MARSH v. BOOKER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 11–8246. JOHNSON v. UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA. C. A. 4th Cir. Certiorari denied.

No. 11–8251. SCOTT v. BYARS, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL. Sup. Ct. S. C. Certiorari denied.

No. 11–8260. WOODS v. FLORIDA. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.